UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 18 2020
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:20-CR-25 |
| DEVIN CORY TETER, | Violations: 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

**(Unlawful Possession of a Firearm)**

On or about December 10, 2019, in Hardy County, in the Northern District of West Virginia, defendant **DEVIN CORY TETER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Possession of Heroin, in the Circuit Court of Winchester, Virginia, in case number CR14000644-00, on February 26, 2016, knowingly possessed a firearm, that is: a Remington Arms Company, model 870, pump action 12-gauge shotgun, serial number W728586M; and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Stephen D. Warner
Assistant United States Attorney